# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CASTRO, | Case No. 3:18-cv-03146-SK |
| Plaintiff, | [PROPOSED] ORDER OF REMAND |
| vs. | PURSUANT TO SENTENCE FOUR |
| | OF 42 U.S.C. § 405(g) AND FOR |
| NANCY A. BERRYHILL, | ENTRY OF JUDGMENT |
| Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS HEREBY ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: December 17, 2018  _____
HON. SALLIE KIM
United States Magistrate Judge

1